# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:03-CV-247 (WDO) |
| **R.D. MOODY & ASSOCIATES, INC. and MASTEC NORTH AMERICA,** | : | |
| **Defendants** | : | |

## ORDER

Within 60 days of the date of this order, the parties are hereby ordered to file dispositive motions on the issues now before the Court, consistent with the findings in the court of appeals' recent opinion. The dispositive motions shall be filed simultaneously with responses filed 20 days thereafter and replies 10 days after that. After the Court reviews the parties' dispositive motions, a determination will be made as to whether a hearing is necessary.

**SO ORDERED this 14th day of February, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**