February 15, 2007

MEMORANDUM TO COUNSEL

RE: Federated Rural Electric Insurance Exchange v. R.D. Moody & Assoc., et al
U.S. District Court, Middle District of GA, Macon Division
5:03-CV-247 (WDO)

In the above referenced case, the court of appeals has issued its mandate opinion and remanded the case to this Court. Customarily in this situation, if the issues have previously been decided on dispositive motions, the Court permits the parties to file amended dispositive motions consistent with the court of appeals' findings. Counsel for all parties are instructed to notify the court within 10 days of the date of this letter regarding (1) whether they believe the issues as they stand in light of the court of appeals' opinion may be decided on dispositive motions, (2) the specific issues that may be decided on dispositive motions, (3) whether the parties believe the submission of additional evidence is necessary, and (4) how long a trial would take to complete if a trial is necessary.

Sincerely,

S/
Wilbur D. Owens, Jr.
United States District Judge

c: Jerry A. Lumley
J. Matthew Maguire, Jr.
Hugh Brown McNatt
D. Gregory Michell