# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | 5:03-CV-247 (WDO) |
| : | |
| **R.D. MOODY & ASSOCIATES, INC. and MASTEC NORTH AMERICA,** : | |
| : | |
| **Defendants** : | |

## ORDER

After hearing from the parties on the status of the remaining issues, it is clear that some or all of the remaining issues may be adjudicated on dispositive motions. For that purpose, within 60 days of the date of this order, Defendant shall file an amended dispositive motion, consistent with the findings in the court of appeals' recent opinion. Plaintiff's response shall be filed 20 days thereafter and the reply 10 days after the response.

**SO ORDERED this 27th day of February, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**